IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK SHANNON WHEELER, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>KIM TOBIAS THOMAS, )<br>)<br>  Defendant. ) | CASE NO.  2:13-cv-0112-TMH<br>[WO] |

# **O R D E R**

This cause is before the Court on the plaintiff's Motion for Leave of Court to Appeal order entered by Magistrate Judge (Doc. #24) filed on April 23, 2013.  Specifically, plaintiff objects to the Magistrate Judge's order of April 15, 2013 (Doc. #20) denying his motion to amend his complaint to include perpetual contempt of court and summary judgment provisions to protect his due process rights.  After an independent review of the plaintiff's motion, the Magistrate Judge's order, and the plaintiff's objection, the Court finds that the Magistrate Judge's order is  neither clearly erroneous, nor contrary to law.  *See* Fed. R. Civ. P. 72(a).  Therefore, it is hereby

ORDERED that plaintiff's objection (Doc. #24) is OVERRULED.  It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

Done this 16th day of October, 2013.

　　　　　　　　　　　　　　　　　　 /s/ Truman M. Hobbs
　　　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE