IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARK SHANNON WHEELER, #139044, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:13-cv-112-WHA |
| | ) | |
| JEFFERSON S. DUNN, etc., | ) | (WO) |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #64), entered on April 21, 2015, and the Plaintiff's Objection (Doc. #65), filed on May 8, 2015.

Following an independent evaluation and *de novo* review of the Recommendation, the Objection, and the file in this case, the court finds the Objection to be without merit, and it is hereby OVERRULED.  The court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that the Defendant's Motion for Summary Judgment is GRANTED, and this case is DISMISSED with prejudice.

DONE this 12th day of May, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE