IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARK SHANNON WHEELER, #139044, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:13-cv-112-WHA |
| | ) | |
| JEFFERSON S. DUNN, etc., | ) | (WO) |
| | ) | |
| Defendant. | ) | |

## **FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendant and against the Plaintiff, Mark Shannon Wheeler, and this case is DISMISSED with prejudice.  Costs are taxed against the Plaintiff.

DONE this 12th day of May, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE