IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARK SHANNON WHEELER,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>JEFFERSON S. DUNN,  )<br>Commissioner of the  )<br>Alabama Department of  )<br>Corrections,  )<br>  )<br>    Defendant.  ) | CIVIL ACTION NO.<br>2:13cv112-MHT<br>(WO) |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging overcrowded conditions in Alabama's prison system and the denial of early release to prisoners, such as plaintiff, who are classified as violent offenders.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment should be granted.  Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record,

the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of May, 2015.

                        /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**