IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARK SHANNON WHEELER,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | CIVIL ACTION NO. |
| v.    ) | 2:13cv112-MHT |
| ) | (WO) |
| JEFFERSON S. DUNN,    ) | |
| Commissioner of the    ) | |
| Alabama Department of    ) | |
| Corrections,    ) | |
| ) | |
| Defendant.    ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The plaintiff's objections (doc. no. 65) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 64) is adopted.

(3) The defendant's special reports (doc. nos. 25, 28, and 42) are treated as a motion for summary

judgment, and the defendant's motion for summary judgment (doc. nos. 25, 28, and 42) is granted.

(4) Judgment is entered in favor of defendant and against plaintiff, with plaintiff taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 26th day of May, 2015.

                 /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE